UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NOE VELA BLANCO,<br><br>    Petitioner,<br><br>  v.<br><br>WARDEN, Northwest ICE Processing Center; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE); and ALEJANDRO MAYORKAS, Secretary of the Department of Homeland Security,<br><br>    Respondents. | CASE NO. 2:25-cv-02496-TL<br><br>ORDER |

  This matter is before the Court on its own motion.

  The Court acknowledges receipt of a filing by Respondents Alejandro Mayorkas and United States Immigration and Customs Enforcement ("the Federal Respondents") titled "Federal Respondents' Notice of Transfer and Improper Venue" (Dkt. No. 5) ("Notice") and accompanying declaration (Dkt. No. 6). However, such a notice is not a recognized pleading or

ORDER - 1

motion under the Federal Rules of Civil Procedure, *see* Fed. R. Civ. P. 7, and the Federal Respondents do not ask the Court for any relief.[1]

Therefore, the Court does not take any action pursuant to the Notice and acts instead on its obligation to set a briefing schedule for adjudication of the habeas petition. *See* LCR 100(a).

Accordingly, the Court DIRECTS the Parties to meet and confer and to file with the Court within **three (3) days** of this Order a Joint Status Report including a proposed briefing schedule for the Petition for Habeas Corpus. In the alternative, if the Parties are in agreement that this case should be transferred to another jurisdiction, they may satisfy their obligations under this Order by filing a stipulation to that effect.

Dated this 15th day of December, 2025.

Tana Lin
United States District Judge

---

[1] The Court further observes that the Notice of Transfer and Improper Venue includes legal conclusions regarding jurisdiction and venue, which is inappropriate in a "notice." *Cf* LCR 7(n) (authorizing, under certain circumstances, the filing of "a Notice of Supplemental Authority that attaches the supplemental authority *without argument*" (emphasis added)).

ORDER - 2